## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KANWALJEET ANAND and                                              PLAINTIFFS
ITINDER ANAND

v.                       NO. 4:11CV00164 JLH

BEKINS VAN LINES, LLC; and
BRANDON MOVING & STORAGE, INC.                        DEFENDANTS

### ORDER OF DISMISSAL

Having been informed by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE